```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
                                :
 MARIO PERALTA, et al.,          :
                                :   14cv8894
           Plaintiffs,           :
                                :
      -against-                  :   ORDER
                                :
 RISTORANTE SIENA CORP., et al., :
                                :
           Defendants.           :
-------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3-28-2016

WILLIAM H. PAULEY III, District Judge:

        By letter dated March 14, 2016 (ECF No. 37.), the parties jointly submitted a proposed settlement agreement (the "Proposed Settlement") for approval pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199, 200 (2d Cir. 2015) (holding that parties "cannot settle their [Fair Labor Standards Act] claims through a private stipulated dismissal with prejudice" without approval from the district court or the Department of Labor).  On March 15, 2016, this Court directed counsel to provide a factual basis supporting the attorneys' fee award provided for in the Proposed Settlement.  (ECF No. 38.)  Having reviewed counsel's submission in response to that order (ECF No. 39), the Proposed Settlement is approved as fair and reasonable.

        The Clerk of Court is directed to terminate any pending motions and close this case.

Dated: March 28, 2016
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.